# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHELLE MARIE REAMER, et al.,

    Plaintiff,

v.

LINDA TALLMAN, et al.,

    Defendants.

Case No. 16-10553
Hon. Terrence G. Berg

## ORDER ASSESSING COSTS

Despite having been notified by ECF/CM docket entries of two court-scheduled status conferences, one on February 23, 2017 and a second one on March 12, 2017, Attorney for Plaintiff, Marc A. Asch, failed to appear. (Dkts. 30, 31).

On March 14, 2017, the Court ordered Attorney Asch to show cause why this matter should not be dismissed for failure to prosecute. (Dkt. 32). The Order to Show Cause provided that failure to respond would result in dismissal of the case and assessment of attorney's fees to opposing counsel for Attorney Asch's failures to appear. (Dkt. 32).

Attorney Asch failed to respond to the Order to Show Cause. Accordingly, the Court dismissed this case and directed opposing counsel, Donald A. Gilbert, to submit an accounting of costs incurred in preparation for the conferences that attorney Asch inexplicably missed. (Dkt. 33). Attorney Gilbert provided such an accounting (Dkt. 34), and the

Court finds his accounting to be reasonable—he billed a total of $481.00 for 2.6 hours of preparation. (Dkt. 34).

Wherefore, pursuant to Federal Rule of Civil Procedure 16(f)(2), Attorney March A. Asch is hereby **ORDERED** to pay Attorney Donald A. Gilbert $481.00 within fourteen (14) days of the date of this Order and to file proof of the same by affidavit with the Court. Failure to comply with this Order may result in further sanctions or referral to the state bar and this Court's disciplinary processes.

**SO ORDERED.**

Dated: April 6, 2017    s/Terrence G. Berg
    TERRENCE G. BERG
    UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically submitted on April 6, 2017, using the CM/ECF system, which will send notification to all parties.

    s/A. Chubb
    Case Manager

2